Agree to affirm on opinion of DANIELS, J., in court below.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiffs in Error, *v.* THOMAS LENAHAN, Defendant in Error.

(Argued May 24, 1875; decided June 1, 1875.)

REPORTED below, 3 Hun, 164.

*Benjamin K. Phelps* for the plaintiffs in error.

*Mitchel Laird* for the defendant in error.

Agree to affirm on opinion of DANIELS, J., in court below.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. MONTAGUE WARD, Respondents, *v.* THOMAS B. ASTEN et al., as composing the Board of Assessors, etc., Appellants.

(Argued May 25, 1875; decided June 1, 1875.)

*William Barnes* for the appellants.

*James A. Deering* for the respondents.

Agree to affirm on opinion of court below.
All concur.
Order affirmed.